Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Stewart Thompson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART THOMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>INN AT THE STABLES LLC; ROBERT GILSON; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00887-MRA-E<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Stewart Thompson voluntarily dismisses this action <u>without</u> prejudice as to all Defendants.

Respectfully submitted,

DATED:  February 24, 2025                              VALENTI LAW APC

By:  */s/ Matt Valenti*
　　　Matt Valenti, Esq.
　　　Attorney for Plaintiff
　　　Stewart Thompson

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 2